## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Oakley v. Dolan et al.  Docket No.: 21-2939

Lead Counsel of Record (name/firm) or Pro se Party (name): Douglas Wigdor/Wigdor LLP

Appearance for (party/designation): Charles Oakley/Plaintiff-Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
     Parties: _____
( ) Incorrect.  Please change the following parties' designations:
     Party                        Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Douglas Wigdor, Esq.
Firm: Wigdor LLP
Address: 85 Fifth Avenue, Fifth Floor
Telephone: 212-257-6800    Fax: 212-257-6845
Email: dwigdor@wigdorlaw.com

## RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously.  The short title, docket number, and citation are:
Oakley v. Dolan, et al., Docket No. 20-642
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 1/27/2020 OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ DHW
Type or Print Name: Douglas H. Wigdor
     OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.