**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 21-2939

**Motion for:** Leave to participate in oral argument

_____

_____

Set forth below precise, complete statement of relief sought:

Motion for leave to participate in oral argument, scheduled

for April 17, 2023, on two minutes of ceded time from

Plaintiff-Appellant Charles Oakley.

**Caption [use short title]**

Oakley v. Dolan, et al.

**MOVING PARTY:** NYSTLA (amicus curiae)     **OPPOSING PARTY:** Defendants/Appellees

☐ Plaintiff          ☐ Defendant

☐ Appellant/Petitioner     ☐ Appellee/Respondent

**MOVING ATTORNEY:** Derek S. Sells, Esq.     **OPPOSING ATTORNEY:** Randy M. Mastro, Esq.

[name of attorney, with firm, address, phone number and e-mail]

Derek S. Sells, Esq., The Cochran Firm

55 Broadway, 23rd Floor, New York, NY 10006

(212) 553-9120, dsells@cochranfirmny.com

Randy M. Mastro , Esq., King & Spalding LLP

1185 Avenue of the Americas, 34th Floor

New York, NY 10036, RMastro@kslaw.com

**Court- Judge/ Agency appealed from:** Southern District of New York, Judge Richard J. Sullivan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____
_____

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☑ Yes ☐ No  If yes, enter date: April 17, 2023

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☐ Yes ☑ No
Has this relief been previously sought in this court?   ☐ Yes ☑ No
Requested return date and explanation of emergency: _____
_____
_____
_____
_____

**Signature of Moving Attorney:**

_Derek Sells_____   **Date:** 02/07/2023     Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

**Form T-1080** (rev.12-13)

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

-----------------------------------------------------------------X

CHARLES OAKLEY,                                :

                                      :

            Plaintiff/Appellant,    :  Civil Case No.: 21-2939-cv

                                        :

          v.                            :

                                        :

JAMES DOLAN, in his individual and    :
professional capacities, MSG NETWORKS, INC., :
THE MADISON SQUARE GARDEN        :
COMPANY and MSG SPORTS &          :
ENTERTAINMENT, LLC,              :

                                        :

            Defendants/Appellees.   :

-----------------------------------------------------------------X

**DECLARATION OF DEREK S. SELLS IN SUPPORT OF MOTION OF
THE NEW YORK STATE TRIAL LAWYERS ASSOCIATION FOR
<u>LEAVE TO PRESENT ORAL ARGUMENT ON CEDED TIME</u>**

    I, Derek S. Sells, declare and state the following:

    1.    The New York State Trial Lawyers Association ("NYSTLA") is a bar association, formed by and on behalf of plaintiffs' attorneys, whose critical mission is to ensure access to civil justice for individuals who have been wrongfully injured, and to support representation of the public by ethical and well-trained attorneys.

    2.    The NYSTLA sought to appear as an amicus in this matter because of its interest in ensuring that litigants receive the full benefit of the discovery process and because of its position that the district court overreached it's authority by

making factual determinations as to Plaintiff/Appellant's claims that should have been best left for a Jury.

3.      Because of its belief that every litigant should be granted their day in Court, the NYSTLA filed a brief in this case as amicus curiae.

4.      The Second Circuit granted the NYSTLA's request to file an *amicus curiae* brief on February 3, 2023.

5.      In relation to that decision, the NYSTLA believes that its personal participation in oral argument will assist this Court in resolving the issues the NYSTLA argued in its brief, as the undersigned will be able to speak directly about the improper role the district court played in adjudicating factual issues by granting Defendants/Appellees' motion to dismiss without discovery and without even requiring an Answer to be filed.

6.      The undersigned will also be able to speak directly about Defendants/Appellees' policies and practices of barring individuals from Madison Square Garden, which will further assist the Court in understanding why discovery was necessary in this case.

7.      Plaintiff/Appellant has informed the undersigned that he has agreed to cede two minutes of his argument time to the NYSTLA.

8.      In an e-mail to the undersigned counsel dated February 6, 2023, Counsel for Defendants/Appellees stated that they object to this motion without

2

providing any explanation.

9.      I declare under penalty of perjury that the foregoing is true and correct

to the best of my knowledge.

Dated: February 7, 2023
        New York, New York

By *Derek Sells*_____
            Derek S. Sells

Chairman
The Cochran Firm N.Y.
55 Broadway, 23rd Fl.
New York, New York 10006
212-553-9120
dsells@cochranfirmny.com

## CERTIFICATE OF SERVICE

I, Derek S. Sells, hereby certify that I electronically filed the foregoing motion with the Court via the appellate CM/ECF system this 7th day of February 2023. I also certify that the following counsel of record, who have consented to electronic service, will be served the foregoing motion via the appellate CM/ECF system:

Counsel for Plaintiff /Appellant:
Douglas H. Wigdor
Renan F. Varghese
Wigdor LLP
85 Fifth Avenue
New York, NY 10003
(212) 257-6800
dwigdor@wigdorlaw.com
rvarghese@wigdorlaw.com

Counsel for Defendants/Appellees:
Randy M. Mastro
John McCullough
King and Spalding LLP
1185 6th Avenue
New York, NY 10036
rmastro@kslaw.com
jcmccullough@kslaw.com

_Derek Sells_____
Derek S. Sells

Chairman
The Cochran Firm N.Y.
55 Broadway, 23rd Fl.
New York, New York 10006