# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of February, two thousand twenty three,

_____

Charles Oakley,

      Plaintiff - Appellant,

v.

James Dolan, in his individual capacity, in his professional capacity, MSG Networks, Inc., Madison Square Garden Company, MSG Sports & Entertainment, LLC,

      Defendants - Appellees.

_____

**ORDER**
Docket No. 21-2939

      Amicus Curiae New York State Trial Lawyers Association moves for leave to participate in oral argument set for Monday, April 17, 2023.

      IT IS HEREBY ORDERED that the motion is GRANTED.

      For The Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

