# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
www.kslaw.com

Lauren Myers
Direct Dial: +1 212 790 5379
LMyers@kslaw.com

April 13, 2023

**BY ECF**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>*Oakley v. MSG Networks, et al.*, Case No. 21-2939</u>

Dear Ms. O'Hagan Wolfe:

I write on behalf of Defendants-Appellees ("MSG") in the above-referenced matter in response to Appellant's letter filed earlier today, which requests permission for Appellant's counsel to bring a laptop and cell phones into the courtroom so that they may electronically access the record and briefing in this appeal during the oral argument scheduled for April 17, 2023. *See* Dkt. No. 113. MSG does not oppose this request, provided that MSG's counsel is permitted to do the same. We therefore respectfully request the Court's permission for MSG's counsel to bring a laptop, and for myself and my colleagues attending the argument—Randy Mastro and Casey Kyung-Se Lee—to bring our cell phones, into the courtroom for Monday's oral argument.

We thank the Court for its consideration of this request.

                                                                                          Respectfully submitted,

                                                                                         */s/ Lauren Myers*
                                                                                        Lauren Myers

cc: All counsel of record (via ECF)